◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JACKSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Schneier, J.), rendered February 8, 1984, convicting him of burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the People, we find it legally sufficient to support the defendant's conviction of burglary in the first degree *(see, People v Contes,* 60 NY2d 620, 621). Upon the exercise of our factual review power we are satisfied that the evidence established the defendant's guilt beyond a reasonable doubt and that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's other contention has not been preserved for appellate review (CPL 470.05 [2]; *People v Whalen,* 59 NY2d 273) and we decline to review it in the interest of justice. Brown, J. P., Lawrence, Weinstein and Eiber, JJ., concur.